```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA

                    AT CHARLESTON
```

ASHLEY MARLISE PACK,

      Plaintiff,

v.                                    Civil Action No. 2:13-25249

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

      Defendant.

## MEMORANDUM OPINION AND ORDER

      The court having received the Proposed Findings and Recommendation of United States Magistrate Cheryl A. Eifert, entered on October 27, 2014; and the magistrate judge having recommended that the court affirm the final decision of the commissioner and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

      1.    The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and hereby are, adopted by the court and incorporated herein;

      2.    The plaintiff's motion for judgment on the pleadings be, and hereby is, denied;

3.  The commissioner's motion for judgment on the pleadings be, and hereby is, granted; and

4.  The decision of the Commissioner be, and hereby is, affirmed.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: November 19, 2014

John T. Copenhaver, Jr.
United States District Judge